# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEREMY GOLDBLATT,<br>     Plaintiff,<br><br>     v.<br><br>TOWN OF TIVERTON, by and through its<br>Treasurer, Denise G. Saurette, alias and,<br>BRYAN PALAGI, alias, individually and<br>his official capacity as a Tiverton Police<br>Officer,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-597-JJM-PAS |

## JURY VERDICT FORM

We, the jury unanimously find as follows:

1. As to the claims of <u>false arrest and false imprisonment</u> (Counts 1-3), we the jury find for:

   _____ Plaintiff Jeremy Goldblatt  or  \_✓\_\_ Defendant Bryan Palagi

2. As to the claims of <u>malicious prosecution</u> (Counts 4-6), we the jury find for:

   _____ Plaintiff Jeremy Goldblatt  or  \_✓\_\_ Defendant Bryan Palagi

   \_✓\_\_ Plaintiff Jeremy Goldblatt  or  _____ Defendant Town of Tiverton

3. As to the claims of <u>disability discrimination</u> (Counts 7 & 8), we the jury find for:

   _____ Plaintiff Jeremy Goldblatt  or  \_✓\_\_ Defendant Town of Tiverton

4. As to the claim of <u>abuse-of-process</u> (Count 9), we the jury find for:

      _____ Plaintiff Jeremy Goldblatt  or  ___✓___ Defendant Bryan Palagi

      ___✓___ Plaintiff Jeremy Goldblatt  or  _____ Defendant Town of Tiverton


5. As to the claim of <u>intentional infliction of emotional distress</u> (Count 10), we the jury find for:

      _____ Plaintiff Jeremy Goldblatt  or  ___✓___ Defendant Bryan Palagi


6. As to the claim of <u>negligent infliction of emotional distress</u> (Count 11), we the jury find for:

      _____ Plaintiff Jeremy Goldblatt  or  ___✓___ Defendant Bryan Palagi


**<u>If You Checked Any Line for the Plaintiff</u>**
**<u>in Questions 1 Through 6 Above,</u>**
**<u>Continue to Questions 7 and 8 on Damages.</u>**

**<u>If You Did Not Check Any Line For The Plaintiff</u>**
**<u>in Questions 1 Through 6 Above,</u>**
**<u>Stop Here, and Sign and Date Jury Verdict Form Below.</u>**


7. We the jury award the following amount to Plaintiff for his compensatory damages:

      $ _50,000_ —


8. We the jury award the following amount to Plaintiff for his medical expenses:

$ _3,000_____

_____
Jury Foreperson Signature

___10/19/20_____
Date