UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEREMY GOLDBLATT,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF TIVERTON, by and through its<br>Treasurer, Denise G. Saurette, alias and,<br>BRYAN PALAGI, alias, individually and<br>his official capacity as a Tiverton Police<br>Officer,<br>    Defendants. | C.A. No. 18-597-JJM-PAS |

## JUDGMENT

After trial by Jury held on October 13, 2020 and continuing on until Jury Verdict on October 19, 2020 and in accord with the Court's rulings on the Defendants' Motion for Judgment and the Jury's Verdict, Judgment shall enter as follows:

1. As to Count 1 (false arrest and false imprisonment in violation of the Fourth Amendment and actionable under 42 USC §1983), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc, Patrick Jones, and the Town of Tiverton. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi;

2. As to Count 2 (false arrest and false imprisonment in violation of Article 1, §6 of the Rhode Island Constitution) pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc, Patrick Jones, and the Town of

Tiverton. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi;

3. As to Count 3 (common law false arrest), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc, Patrick Jones, and the Town of Tiverton. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi;

4. As to Count 4 (malicious prosecution in violation of the Fourth, Fifth, and Fourteenth Amendments, actionable through 42 USC §1983), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc and Patrick Jones. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi and judgment shall also enter in Plaintiff's favor against the Town of Tiverton;

5. As to Count 5 (malicious prosecution in violation of Article 1, §6 of the Rhode Island Constitution), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc and Patrick Jones. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi and judgment shall also enter in Plaintiff's favor against the Town of Tiverton;

6. As to Count 6 (common law malicious prosecution), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc and Patrick Jones. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi and judgment shall also enter in Plaintiff's favor against the Town of Tiverton;

7. As to Count 7 (discrimination based on disability in violation of Title II of the Americans with Disabilities Act), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of Bryan Palagi, John LeDuc, and Patrick Jones.  Pursuant to the Jury's verdict, judgment shall enter in favor of the Town of Tiverton;

8. As to Count 8 (violation of the Civil Rights of People with Disabilities Act, R.I. Gen. L. §42-87-1 et seq.), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of Bryan Palagi, John LeDuc, and Patrick Jones.  Pursuant to the Jury's verdict, judgment shall enter in favor of the Town of Tiverton;

9. As to Count 9 (abuse of process), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc and Patrick Jones.  Pursuant to the Jury's verdict, judgment shall enter in Bryan Palagi's favor, and judgment shall also enter in Plaintiff's favor against the Town of Tiverton;

10. As to Count 10 (intentional infliction of emotional distress), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc, Patrick Jones, and the Town of Tiverton.  Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi;

11. As to Count 11 (negligent infliction of emotional distress), pursuant to Defendants' Rule 50 motion, judgment shall enter in favor of John LeDuc, Patrick Jones, and the Town of Tiverton. Pursuant to the Jury's verdict, judgment shall enter in favor of Bryan Palagi.

JUDGMENT shall enter for counts 4, 5, 6, and 9 for the Plaintiff against the Town of Tiverton in the amount of $53,000.00 plus pre-judgment interest at 1% per month 12% per annum, along with post-judgment interest and costs.

*So Ordered,*

Date: October 30, 2020

_____
Hon. John J. McConnell, Jr.
United States District Judge