UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEREMY GOLDBLATT
    *Plaintiff,*

Vs.                                      C.A. No. 1:18-cv-00597-WES-PAS

TOWN OF TIVERTON, by and through its
Treasurer, Denise G. Saurette, alias and,
BRYAN PALAGI, alias, JOHN LEDUC, alias,
And each individually and his official capacity
As a Tiverton Police Officer, Chief of Police
Patrick W. Jones, alias, individually and in his
Official capacity
    *Defendants.*

## **STIPULATION**

The Parties hereby stipulate as follows:

1) The Parties agree to a settlement conference conducted by Chief Judge McConnell;

2) The Parties will not raise any conflicts and or objection with Judge McConnell deciding the pending motions or presiding over any other aspect of this matter should the mediation be unsuccessful;

3) The mediation shall be conducted by Zoom on a date selected by the Court;

4) The Plaintiff shall be present and, at his option, either or both of his parents may be present for the mediation;

5) The claims representative for the Town of Tiverton shall be present; and

6) No mediation statements are required but the parties are free to provide statements, the process for which will be discussed amongst the parties.

| Defendants, | Plaintiff, |
| By their attorneys, | By his Attorney, |

| | |
|---|---|
| */s/ Marc DeSisto* | */s/ Lawrence Almagno* |
| Marc DeSisto, Esq. (#2757) | Lawrence Almagno, Esq. (#9785) |
| */s/ Kathleen A. Hilton* | Almagno Law |
| Kathleen A. Hilton, Esq. (#9473) | 10 Rangeley Road |
| DESISTO LAW LLC | Cranston, RI 02920 |
| 60 Ship Street | (401) 946-4529 |
| Providence, RI 02903 | la@almagno-law.com |
| (401) 272-4442 | |
| marc@desistolaw.com | |
| katie@desistolaw.com | |

## CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 26th day of January 2021, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

Lawrence P. Almagno, Esq.
la@almagno-law.com

*/s/ Kathleen A. Hilton*