UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEREMY GOLDBLATT
    *Plaintiff,*

Vs.                                                        C.A. No. 1:18-cv-00597-WES-PAS

TOWN OF TIVERTON, by and through its
Treasurer, Denise G. Saurette, alias and,
BRYAN PALAGI, alias, JOHN LEDUC, alias,
And each individually and his official capacity
As a Tiverton Police Officer, Chief of Police
Patrick W. Jones, alias, individually and in his
Official capacity
    *Defendants.*

## **DISMISSAL STIPULATION**

    Now come the Parties and hereby agree that after successful resolution the above action is dismissed with prejudice, no interest and each party to bear their own costs and attorney's fees.

| Defendants, | Plaintiff, |
| By their attorneys, | By his Attorney, |
| | |
| */s/ Marc DeSisto* | */s/ Lawrence Almagno* |
| Marc DeSisto, Esq. (#2757) | Lawrence Almagno, Esq. (#9185) |
| */s/ Kathleen A. Hilton* | Almagno Law |
| Kathleen A. Hilton, Esq. (#9473) | 10 Rangeley Road |
| DESISTO LAW LLC | Cranston, RI 02920 |
| 60 Ship Street | (401) 946-4529 |
| Providence, RI 02903 | la@almagno-law.com |
| (401) 272-4442 | |
| marc@desistolaw.com | |
| katie@desistolaw.com | |
| | |
| Dated: June 1, 2021 | Dated: June 1, 2021 |